AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

**FILED**
JAN 12 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Sean Foxx
_Petitioner_

v.

Javier Salazar, BCSO
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. SA23CA0051 OG
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: SEAN FOXX
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: BEXAR COUNTY JAIL
   (b) Address: 200 N. COMAL, SAN ANTONIO, TX 78207
   (c) Your identification number: #736302

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☑ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): 4 AMENDMENT VIOLATIONS THE USE OF UNCONSTITUTIONAL EVIDENCE BY STATES AUTHORITIES. FAILURE TO PROVIDE A SPEEDY TRIAL GUARANTEED BY THE SIXTH AMENDMENT.

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: 290TH Judicial District Court 100 Dolorosa rd, SA, TX 78205; B.C.D.A.O, 101 W. Nueva 4th Flr, SA TX, 78205

   (b) Docket number, case number, or opinion number: 2022CR0099

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): THE FAILURE TO PROVIDE A SPEEDY AND PUBLIC TRIAL GUARANTEED BY 6TH AMENDMENT, US CONST. THE FAILURE TO REFRAIN FROM USING UNCONSTITUTIONAL/ILLEGAL EVIDENCE IN VIOLATION OF THE 4TH Amendment

   (d) Date of the decision or action: ___

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: 290th Judicial District Court.

   (2) Date of filing: 10-11-2022

   (3) Docket number, case number, or opinion number: 2022CR0099

   (4) Result: IGNORED / Denied

   (5) Date of result: 11-07-2022

   (6) Issues raised: Motion to suppress evidence / Illegal Arrest

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes     ☐ No

   (a) If "Yes," provide:
   - (1) Name of the authority, agency, or court: 290TH Judicial District Court
   - (2) Date of filing: 10-26-2022
   - (3) Docket number, case number, or opinion number: 2022CR0099
   - (4) Result: Ignored/Denied
   - (5) Date of result: 11-07-2022
   - (6) Issues raised: Compliant of failure to provide Speedy Trial; Motion for Speedy Trial; Motion for Evidence Favorable to Defendent.

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes     ☐ No

   (a) If "Yes," provide:
   - (1) Name of the authority, agency, or court: 290th District Court
   - (2) Date of filing: 11-30-2022
   - (3) Docket number, case number, or opinion number: 2022CR0099
   - (4) Result: Ignored/Denied
   - (5) Date of result: 11-30-2022
   - (6) Issues raised: Compliant for failure to provide Speedy Trial; Motion for Speedy Trial

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

---

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes            ☑ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes            ☑ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes            ☑ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____
_____
_____
_____
_____
_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes           ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes           ☑ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

_____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes           ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☒ Yes    ☐ No  N/A

    If "Yes," provide:

    (a) Kind of petition, motion, or application: 11.08 TEX. Code Crim. Proc writ of HABeA
    (b) Name of the authority, agency, or court: Court of Criminal Appeals 201 W. 14th St, Austin, TX 78701
    (c) Date of filing: No response
    (d) Docket number, case number, or opinion number: 2022Cr0099
    (e) Result: Ignored
    (f) Date of result: Ignored
    (g) Issues raised: The failure by the State of Texas to provide a speedy and public trial resulting in prejudice. I am presently being denied speedy trial and seeks to force the State to give me one.

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Prejudice; Sixth Amendment U.S Constitutional right to Speedy Trial violations. Deliberate delay of trial to hamper defense and detain in oppresive pre-trial detention. I am presently being denied a speedy trial and I seek to force the State to give me one.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

5 Trial DATE resets resulting in Deliberate DELAYS OF 14 months Hampering Defense, Draining Financial resources, causing the Burden of Anxiety, Enhanced By Oppressive Pre-Trial Incarceration Causing lost Evidence, lost witnesses, loss of Employment And Public scorn And Homelessness.

(b) Did you present Ground One in all appeals that were available to you?

☑ Yes   ☐ No

**GROUND TWO:** Fifth Amendment Constitutional Rule Miranda v. Arizona violations which Court holds Failure To Follow requires The Exclusion of Any Statement By The Accused, as well as The Fruits Thereof.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Bodycam Evidence of Arrest in Cause: 2022CR0099 From beginning of Arrest clearly show San Antonio Police officer Engaging in Custodial Interrogation without Advising me of My rights Under The Fifth Amendments, which the Court Further holds That Failure to Follow Requires The Exclusion of Statement, Fruits (Unconstitutional Evidence) is Being Used Against me.

(b) Did you present Ground Two in all appeals that were available to you? To hold an oppressive Pre-Trial Detention.

☑ Yes   ☐ No

**GROUND THREE:** Fifth Amendment Constitutional Violations (Nor shall be compelled in any criminal case To Be A Witness Against Himself) (Due Process Violations.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I Turned over Bill of sale as Exculpatory Evidence To S.A.P.D Detective in my Defense in Cause 2022CR0099 He then compelled The Bill of Sale Into Inculpatory Evidence Vitating The Truth-Seeking Process And Thou compelling me in This criminal Case To Be A witness Against Myself in Violation Of The Due Process Clause Of The 5th Amendment U.S. Const

(b) Did you present Ground Three in all appeals that were available to you?

☑ Yes   ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** I'm being held in states custody in violation of the 4th and 5th Amendments of U.S. Constitution of the United States, upon evidence that's unconstitutional obtained by illegality

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Failure to provide miranda rule warnings before engaging in custodial interrogation evidenced by bodycam video of arrest in CAUSE: 2022CR0099 violation of the 5th Amendment of the United States Constitution. The way evidence is obtained, not just it's relevance is constitutionally significant to the fairness of a trial and no man is to be convicted on unconstitutional evidence.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: Compell the states attorney/290th Judicial District Court to provide a speedy and public trial guaranteed by the 6ixth Amendment of the U.S. const. And/or refrain from use of illegal evidence (police/prosecutorial misconduct) in violation of the 4th, 5th, and 6th Amendments of the U.S. const, thous corrupting the fundemental fairness and truth-seeking process of the trial which requires dismissal of charges and release from states custody.

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
01-05-2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 01-05-2023

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

28 U.S.C § 2241   TABLE OF AUTHORITIES
SEAN FOXX
         V.                          CASE NO:
JAVIER SALAZAR, B.C.S.O

INDEX OF AUTHORITIES
Mapp v. Ohio, 367 U.S. 643 (1961)
State v. Wei, 447 S.W.3d 549 (2014)
Gouled v. U.S., 255 U.S. 298 (1921)
U.S. v. Agurs, 427 U.S. 97 (1976)
Brady v. Maryland, 373 U.S. 83 (1963)
Elkins v. U.S., 364 U.S. 206 (1960)
Dickey v. Florida, 398 U.S. 30 (1970)
Wong Sun v. U.S., 371 U.S. 471 (1963)

Ker v. State of Cal., 374 U.S. 23 (1963)
Arizona v. Fulminante, 499 U.S. 279 (1991)
                STATUE
Rule 402 - Federal Rule of Evidence
Relevant Evidence
5TH Amendment of United States Constitution
6TH Amendment of United States Constitution
4TH Amendment of United States Constitution
14TH Amendment of United States Constitution

                    Sean Foxx   Page 11 OF 12
                    Sn Foxx

I'm asking the U.S. District Court, Western District of Texas if I can proceed with this 28 U.S.C § 2241 in formas pauperis and in support I've submitted with petition a resident account summary for me from the Bexar County Jail.

The Bexar County Courthouse Clerk, Mary Angie Garcia, won't provide me with any copies of the decisions I'm challenging or any copies of briefs filed in my case which I cannot pay because I'm indigent and there is no payment method set up for a inmate to pay for copies. I'm providing a event log to prove existence of supporting document's.       01-04-2022

Sean Foxx
/s/ m faxx

Pg 12 of 12