FILED
January 23, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                        DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SEAN FOXX, SID #736302** § | |
| § | |
| **Petitioner,** § | |
| § | SA-23-CV-00051-OLG |
| v. § | |
| § | |
| **BEXAR COUNTY SHERIFF JAVIER** § | |
| **SALAZAR,** § | |
| § | |
| **Respondent.** | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing Petitioner Sean Foxx's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus for failure to exhaust state remedies and based on the *Younger* abstention doctrine, the Court renders the following Final Judgment pursuant to FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that Petitioner Sean Foxx's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that a certificate of appealability is **DENIED**.

It is **SO ORDERED**.

**SIGNED** this 23rd day of January, 2023.

_____
ORLANDO L. GARCIA
United States District Judge